UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 1:15-cv- 00022-BAM<br><br>The Hon. Barbara A. McAuliffe<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT**<br><br>Trial Date:    None. |

**IT IS HEREBY ORDERED** granting the Joint Stipulation To Extend Plaintiffs' Time To File an Amended Complaint. Plaintiffs' deadline to file an amended complaint will be **Wednesday, March 25, 2015**.

IT IS SO ORDERED.

Dated:  **March 11, 2015**               /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100